Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-458-668**

**Effective Date of Registration:**
August 07, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

    **Title of Work:** Manatee

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** February 23, 2016
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Marta Rodriguez Veiga
    **Pseudonym:** Marta Dalloul
    **Author Created:** 2-D artwork
    **Citizen of:** Spain
    **Pseudonymous:** Yes

## Copyright Claimant

    **Copyright Claimant:** Marta Rodriguez Veiga
    2403 Flint Lock Dr, Clearwater, FL, 33765, United States

## Rights and Permissions

    **Name:** Marta Rodriguez Veiga
    **Email:** martdalloul@aol.com
    **Address:** 2403 Flint Lock Dr
    Clearwater, FL 33765 United States

## Certification

    **Name:** David Denholm

