**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MARTA RODRIGUEZ VEIGA,

    Plaintiff,                                                  Case No.: 1:25-cv-15490

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Genhash |
| 2 | Pejinlu |
| 3 | 室外顶线科技 |
| 4 | wudalianchiwanhaopaimai |
| 5 | Ara Step |
| 6 | YangZiXuan2025 |
| 7 | UniqueCustomDIYShop |
| 8 | DaoMingJianShenFuWu |
| 9 | DaFengXinXingJianCai |
| 10 | HengYangXianZhaoWanShangMaoYouXianGong |
| 11 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 12 | Jin Heng Shang Mao |
| 13 | LITINGGO |
| 14 | LiWei2025 |
| 15 | YellowSignShop |
| 16 | NEGLAI |
| 17 | 义乌市奎谬电子商务商行 |
| 18 | FuZhouShiJinAnQuXinDianZhenLinMengTingFuZhuangDian |
| 19 | Find9Lun |
| 20 | gaobaoliu123 |
| 21 | jjinf |
| 22 | KaiWeiJianZhuGongChengChang |
| 23 | limnnn |
| 24 | rongjietigen |

| 25 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
|---|---|
| 26 | TIN66 |
| 27 | aigjinu |
| 28 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 29 | weicairong123 |
| 30 | LanLiXiaHongTing |
| 31 | DingYuTing |
| 32 | ShanXiShengJieTuoZhuangShi |
| 33 | 义乌市腾劝商贸有限公司 |
| 34 | ningboxinrongmaoyiyouxiangongsi |
| 35 | Gaobeidian Chaojie Trading Co., Ltd |
| 36 | 厨餐宇餐具店 |
| 37 | wwensc |
| 38 | LLIANHH |
| 39 | Jinwaftv |
| 40 | weixinglipear |
| 41 | ddaz、 |
| 42 | moumm |
| 43 | 时代童具商品 |
| 44 | QuJingXuLiaoShangMao |
| 45 | tikomo |
| 46 | LiuHaiYan547 |
| 47 | 车贤饰内店 |
| 48 | zhuzhouhuixiashangmaoyouxiangongsi |
| 49 | jishanxianbochaojianzhugongcheng |
| 50 | zhoukouguixinshangmaoyouxiangongsi |
| 51 | wngob |
| 52 | 户外辉手电品 |
| 53 | QUNNKASUJ |
| 54 | hubeizihongyinwuyouxian |
| 55 | JiaQiLi |
| 56 | AnZhenJianZhuGongCheng |
| 57 | RenKeCould |
| 58 | GuangZhouYueRanDianShangYouXianGongSi |
| 59 | shanxiyihuifengshengwukeji |
| 60 | GuangZhouYiWuShangMao |
| 61 | qinyuanfuzhuang |
| 62 | hongfajiadian |
| 63 | UniqueArtStar |
| 64 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |

| 65 | ZhengZhouXunXinHuaZhuangPin |
|---|---|
| 66 | Tie Fa Shi Ye |
| 67 | liyanuq |
| 68 | shanxijinjiachengshengnengyuankeji |
| 69 | GuangZhouJieQianMaoYiYouXianGongSi |
| 70 | 衡阳丰忧商贸有限公司 |
| 71 | jiangmenshixinhuiqudefuniqiufuhu |
| 72 | luoheminfushangmaoyou |
| 73 | xuchangdingxiazhuangshigongcheng |
| 74 | dikuguanggaochuanmeiyouxiangongsi |
| 75 | Zhuoshu Trading |
| 76 | Ruichun business |
| 77 | dongguanshiyitefangzhipinyouxiangongsi |
| 78 | GUOZH |
| 79 | heyuanzhangmaifuzhuang |
| 80 | 瀚立门帽挂件 |
| 81 | jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi |
| 82 | JJIWE |
| 83 | 贫铭商贸 |
| 84 | Linyi Bangman Trading Co., Ltd |
| 85 | shenzhenshidepuhuikejiyou |
| 86 | HeNanMiLuoMenChuang |
| 87 | 金华市淑徵服饰有限公司 |
| 88 | anxin |
| 89 | asafafdsgs |
| 90 | Mh Decorative Painting Expert |
| 91 | FTPKWJIT |
| 92 | FlipFluff |
| 93 | ArtVoyant Workshop |
| 94 | YAQWER |
| 95 | hui B DIron painting decoration |
| 96 | MM Art Painting Center |
| 97 | SoSo Happy |
| 98 | Qounhha |
| 99 | WaWa House |
| 100 | BBGJK |
| 101 | XQY Art B |
| 102 | Painting Gift Shop |
| 103 | GOOD PAINTING II |